[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
November 21, 2005
THOMAS K. KAHN
CLERK

_____

No. 05-10521

_____

D. C. Docket No. 02-00112-CV-JTC-3

BAKER P.B.E. WAREHOUSE, INC.,

Plaintiff-Counter-
Defendant-Appellant,

versus

AKZO NOBEL COATINGS, INC.,

Defendant-Counter-
Claimant-Appellee,

CLASSIC PAINT COMPANY, INC.,
d.b.a. MAC Specialty Coatings,
HAROLD I. MOYERS,
HAROLD B. MOYERS,

Defendants-Third-Party- Plaintiffs-Appellees,

versus

BARRY W. KIVES et al.,

Third-Party-Defendants.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____
(November 21, 2005)


Before BIRCH and WILSON, Circuit Judges and ROYAL[*], District Judge.

PER CURIAM:

After a thorough review of the record, the briefs of the parties, and the presentation of oral argument, we find no reversible error. Accordingly, the judgment of the district court is **AFFIRMED**.

_____

[*]Honorable C. Ashley Royal, United States District Judge for the Middle District of Georgia, sitting by designation.